

```
*091000019*
01/17/2012
3352124311

This is a LEGAL COPY
of your check. You can
use it the same way
you would use the
original check.

RETURN REASON-D
CLOSED ACCOUNT
```

CLOSED ACCOUNT
Do Not Re-deposit

SYLVANA FARDOS
4827 LIVE OAK ST.
CUDAHY, CA 90201-5216

90-7162/3222  41466    109

DATE 01-12-12

PAY TO THE ORDER OF  A Noohi, Co    $ 1000.00

one thousand dollars 00/100    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Habibi Grocery Shop.    Sylvana Fardos

⑂:322271627⑂:    999972524⑂0109

⑂:322271627⑂:    999972524⑂0109    ⑂0000100000⑂



FILED
AUG 31 2012
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

A - N O O H I

Please remit to:   2443 E. 27th Street
                   Vernon,  CA 90058

Statement for the Week Ended 08/31/12                                                Page 1

HABIBA GROCERY SHOP
4846 FLORENCE AVE.
BELL, CA  90201

Tel 323-771-2400 Fax 323-771-2700

| Date | Reference | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| 08/12/11 | 00294797 | Past Due Invoice | 3592.88 | | 3592.88 |
| 08/16/11 | 00295033 | Past Due Invoice | 538.44 | | 4131.32 |
| 08/22/11 | 00295426 | Past Due Invoice | 3614.55 | | 7745.87 |
| 08/29/11 | 00295917 | Past Due Invoice | 3730.65 | | 11476.52 |
| 09/06/11 | 00296446 | Past Due Invoice | 1886.16 | | 13362.68 |
| 09/08/11 | 00296590 | Past Due Invoice | 382.59 | | 13745.27 |

| Week 0 | Week 1 | Week 2 | Week 3 | Prior | Total |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 13745.27 | 13745.27 |



# A-NOOHI & CO.

2443 E. 27TH STREET
VERNON, CA 90058
(323) 581-8154    FAX (323) 581-0034

# INVOICE

**INVOICE NUMBER**
00294797

**PAGE**
Page 1

**INVOICE DATE**
08/12/11

HABIBA GROCERY SHOP
4846 FLORENCE AVE.
BELL, CA  90201

Phone: 323-771-2400
Fax:   323-771-2700

SHIP TO: MAIN STORE

| CUSTOMER | REP | DRIVER | PO NUMBER | SHIP DATE | TERMS |
|---|---|---|---|---|---|
| HAB080 | | | | / / | COD |

| QTY | ITEM | DESCRIPTION | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3 | HBW100 | HALAL BEEF WHOLE | 2236.00 | 2.290 | 5120.44 |
|  |  | Wt: 762.00  738.00  736.00 |  |  |  |

*paid 1527.56*
*Bal Due — 3592.88*

Total Weight:    2236.00

PRODUCTS OF USA, CANADA, MEXICO, AUSTRALIA AND NEW ZEALAND.

RECEIVED BY: _[signature]_

**PLEASE PAY THIS AMOUNT**   5120.44

Buyer and/or his employees agree to the terms and conditions of this acknowledgment. 1½% interest will be charged monthly on all past due invoices. Failure to make payment when due shall be basis for legal action. Buyer hereby agrees to pay all court costs and reasonable attorney fees, waiving all rights of exemption under the laws of the state of California, or any other state of the United States.

RETURN GOODS: All returns require approval and must be returned within 24 hours of receipt and in the original box.



# A-NOOHI & CO.

2443 E. 27TH STREET
VERNON, CA 90058
(323) 581-8154    FAX (323) 581-0034

## INVOICE

**INVOICE NUMBER:** 00295033

**PAGE:** Page 1

**INVOICE DATE:** 08/16/11

**SHIP TO:** MAIN STORE

HABIBA GROCERY SHOP
4846 FLORENCE AVE.
BELL, CA  90201

Phone: 323-771-2400
Fax:   323-771-2700

| CUSTOMER | REP | DRIVER | PO NUMBER | SHIP DATE | TERMS |
|---|---|---|---|---|---|
| HAB080 | | | | / / | COD |

| ORDER | UNIT | ITEM | DESCRIPTION | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | | HCTNT | HALAL CH TENDER TOWNSEND | 40.00 | 1.630 | 65.20 |
| 1 | | DHBO | DELI HALAL BF BOLOGNA 2PC BOX | 15.83 | 2.890 | 45.75 |
| 2 | | BFL100 | BF FLAP MEAT | 128.20 | 4.200 | 538.44 |
| | | | Wt: 63.20  65.00 | | | |

*return Flap meat*

PAID
FOR
TAV.
#4129  294536

Total Weight: 184.03

PRODUCTS OF USA, CANADA, MEXICO, AUSTRALIA AND NEW ZEALAND.

538.44

640.39

**PLEASE PAY THIS AMOUNT**

RECEIVED BY:

NOTICE: Buyer and/or his employees agree to the terms and conditions of this acknowledgment. 1½% interest will be charged monthly on all past due invoices



# A-NOOHI & CO.

2443 E. 27TH STREET
VERNON, CA 90058
(323) 581-8154  FAX (323) 581-0034

# INVOICE

**INVOICE NUMBER**
00295426

**PAGE**
Page 1

**INVOICE DATE**
08/22/11

HABIBA GROCERY SHOP
4846 FLORENCE AVE.
BELL, CA 90201

Phone: 323-771-2400
Fax:   323-771-2700

SHIP TO: MAIN STORE

| CUSTOMER | REP | DRIVER | PO NUMBER | SHIP DATE | TERMS |
|---|---|---|---|---|---|
| HAB080 | | | | / / | COD |

| QTY UN | ITEM | DESCRIPTION | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2 | HBW100 | HALAL BEEF WHOLE | 1555.00 | 2.310 | 3592.0 |
| | | Wt: 769.00  786.00 | | | |
| 1 | HCBN | HALAL CH BREADED NUGGETS | 10.00 | 2.250 | 22.5 |

1000.00 in Cash for the Bounced check # 1030.
498.07 in Cash for the Bounced check # 1031.
600 in Cash from invoice # 294460.

JF. 8/22/11

Total Weight: 1565.00
PRODUCTS OF USA, CANADA, MEXICO, AUSTRALIA AND NEW ZEALAND.

RECEIVED BY: [signature]

**PLEASE PAY THIS AMOUNT**  3614.55

OFFICE: Buyer and/or his employees agree to the terms and conditions of this acknowledgment. 1½% interest will be charged monthly on all past due invoices. Failure to make payment when due shall be basis for legal action. Buyer hereby agrees to pay all court costs and reasonable attorney fees, waiving all rights of exemption



# A-NOOHI & CO.

2443 E. 27TH STREET
VERNON, CA 90058
(323) 581-8154   FAX (323) 581-0034

# INVOICE

**INVOICE NUMBER**
00295917

**PAGE**
Page 1

**INVOICE DATE**
08/29/11

HABIBA GROCERY SHOP
4846 FLORENCE AVE.
BELL, CA  90201

Phone: 323-771-2400
Fax:   323-771-2700

SHIP TO: MAIN STORE

| CUSTOMER | REP | DRIVER | PO NUMBER | SHIP DATE | TERMS |
|---|---|---|---|---|---|
| HAB080 | | | | / / | COD |

| ORDER | UNIT | ITEM | DESCRIPTION | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 2 | | HBW100 | HALAL BEEF WHOLE | 1615.00 | 2.310 | 3730. |
| | | Wt: | 825.00  790.00 | | | |

Total Weight:  1615.00

PRODUCTS OF USA, CANADA, MEXICO, AUSTRALIA AND NEW ZEALAND.

**PLEASE PAY THIS AMOUNT**   3730.65

NOTICE: Buyer and/or his employees agree to the terms and conditions of this acknowledgment. 1½% interest will be charged monthly on all past due invoices. Failure to make payment when due shall be basis for legal action. Buyer hereby agrees to pay all court costs and reasonable attorney fees, waiving all rights of exemption under the laws of the state of California, or any other state of the United States.



# INVOICE

**A-NOOHI & CO.**
2443 E. 27TH STREET
VERNON, CA 90058
(323) 581-8154  FAX (323) 581-0034

**INVOICE NUMBER:** 00296446
**PAGE:** Page 1
**INVOICE DATE:** 09/06/11

**SHIP TO:** MAIN STORE

HABIBA GROCERY SHOP
4846 FLORENCE AVE.
BELL, CA 90201

Phone: 323-771-2400
Fax:   323-771-2700

| CUSTOMER | REP | DRIVER | PO NUMBER | SHIP DATE | TERMS |
|---|---|---|---|---|---|
| HAB080 | | | | / / | COD |

| ORDER | UN | ITEM | DESCRIPTION | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | | HBW100 | HALAL BEEF WHOLE | 813.00 | 2.320 | 1886. |

*600 paid in Cash for Invoice = 294460.*
*Alex ok*

Total Weight: 813.00

PRODUCTS OF USA, CANADA, MEXICO, AUSTRALIA AND NEW ZEALAND.

RECEIVED BY:

**PLEASE PAY THIS AMOUNT** 1886.16

NOTICE: Buyer and/or his employees agree to the terms and conditions of this acknowledgment. 1½% interest will be charged monthly on all past due invoices. Failure to make payment when due shall be basis for legal action. Buyer hereby agrees to pay all court costs and reasonable attorney fees, waiving all rights of excuse under the laws of the state of California, or any other state of the United States.



# A-NOOHI & CO.
2443 E. 27TH STREET
VERNON, CA 90058
(323) 581-8154    FAX (323) 581-0034

# INVOICE

**INVOICE NUMBER**
00296590

**PAGE**
Page 1

**INVOICE DATE**
09/08/11

**SHIP TO:** MAIN STORE

HABIBA GROCERY SHOP
4846 FLORENCE AVE.
BELL, CA  90201

Phone: 323-771-2400
Fax:   323-771-2700

| CUSTOMER | REP | DRIVER | PO NUMBER | SHIP DATE | TERMS |
|---|---|---|---|---|---|
| HAB080 | | | | / / | COD |

| ORDER | UN | ITEM | DESCRIPTION | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | | HBRI | HALAL BF RIBEYE USA. | 65.40 | 5.850 | 382.5 |

Total Weight:    65.40
PRODUCTS OF USA, CANADA, MEXICO, AUSTRALIA AND NEW ZEALAND.

RECEIVED BY: [signature]

**PLEASE PAY THIS AMOUNT**    382.59

NOTICE: Buyer and/or his employees agree to the terms and conditions of this acknowledgment. 1½% interest will be charged monthly on all past due invoices. Failure to make payment when due shall be basis for legal action. Buyer hereby agrees to pay all court costs and reasonable attorney fees, waiving all rights of exemption under the laws of the state of California, or any other state of the United States.